UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

| | |
|---|---|
| ALAN PAWELSKY and ACE AUTO RECYCLING, INC., <br><br> Plaintiffs-Appellants, <br><br> -against- <br><br> COUNTY OF NASSAU, NASSAU COUNTY DISTRICT ATTORNEY'S OFFICE, NASSAU COUNTY POLICE DEPARTMENT, NASSAU COUNTY POLICE DEPARTMENT PROPERTY CLERK, DETECTIVE JAMES TOBIN, Individually, and in his Official Capacity, DISTRICT ATTORNEY ANNE DONNELLY, Individually, and in her Official Capacity, ABIGAIL MARGULIES, Individually, and in her Official Capacity, COUNTY EXECUTIVE BRUCE BLAKEMAN, Individually, and in his Official Capacity, NASSAU COUNTY POLICE COMMISSIONER PATRICK J. RYDER, NASSAU COUNTY POLICE OFFICERS/DETECTIVE INVESTIGATORS JOHN DOE #1-50, Individually, and in their Official Capacity, (the name John Doe being fictitious, as the true names are presently unknown, <br><br> Defendants-Appellees. | Appeal No.: 23-1230-cv |

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, and ORDERED by the Court, that:

(a) the above-captioned appeal is dismissed *with prejudice* pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure; and

(b) all court fees have been paid and each party will bear their own costs.

| | |
|---|---|
| Dated: White Plains, New York<br>June 21, 2024 | Dated: New York, New York<br>June 21, 2024 |
| STEVENSON MARINO LLP<br>Attorneys for Plaintiffs-Appellants | SULLIVAN AND CROMWELL LLP<br>Attorneys for Defendants-Appellees |
| /s/ J.R. Stevenson_____<br>J.R. Stevenson<br>445 Hamilton Avenue, Suite 1500<br>White Plains, NY 10601<br>Tel: 212-939-7588<br>Email: jrs@stevensonmarino.com | */s/ Matthew A. Schwartz*_____<br>Matthew A. Schwartz<br>125 Broad Street<br>New York, NY 10004<br>Tel: 212-558-4197<br>Email: schwartzmatthew@sullcrom.com |

**SO ORDERED,** on _____ day of _____, 2024, New York, New York**:**

_____