MANDATE

# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 25th day of June, two thousand twenty-four.

Before:        Steven J. Menashi,
                    *Circuit Judge.*

_____

Alan Pawelsky, Ace Auto Recycling, Inc.,

          Plaintiffs - Appellants,

   v.

County of Nassau, et al.,

          Defendants - Appellees.

_____

**ORDER**

Docket No. 23-1230

The parties have filed a stipulation to dismiss this appeal pursuant to Federal Rule of Appellate Procedure 42(b).

The stipulation is hereby so ordered.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 06/25/2024